No. 611. ALLEN B. DUMONT LABORATORIES, INC., *v.* PIERCE, EXECUTRIX. C. A. 3d Cir. Certiorari denied. *Floyd H. Crews* and *Donald J. Overocker* for petitioner. *Thomas Cooch* and *Robert H. Rines* for respondent.

No. 621. BERTRAND *v.* SOUTHERN PACIFIC Co. C. A. 9th Cir. Certiorari denied. *George Olshausen* for petitioner. *Robert A. Seligson* and *Leighton M. Bledsoe* for respondent.

No. 622. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL UNION No. 486, ET AL. *v.* HAENLEIN. Supreme Court of Michigan. Certiorari denied. *Leroy G. Vandeveer* for petitioners. *Walter Martin* for respondent.

No. 625. PRYOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 626. McCLANE *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *L. N. D. Wells, Jr., Oscar H. Mauzy* and *Bernard Dunau* for petitioner.

No. 595. PRESSER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *H. Clifford Allder* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.